# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARK VOLPE, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 13-cv-01646 |
| ) | |
| CARIBBEAN CRUISE LINE INC., et. al. ) | |
|     Defendants, ) | |

## STIPULATION TO DISMISS WITH PREJUDICE

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal this action with prejudice and without attorneys' fees and costs.

**PLAINTIFF**

By Counsel

s/ Mark T. Lavery

Mark Lavery
Lavery Law Firm LLC 180 N. LaSalle, Suite 3700 Chicago, IL 60601 847-813-7771 office

**DEFENDANTS**

By Counsel
s/Jeffrey Backman

Jeffrey Backman
Richard W. Epstein Greenspoon Marder, P.A. 200 East Broward Blvd. Suite 1500
Fort Lauderdale, FL 33301 (954) 491-1120

Timothy A. Hudson
Tabet DiVito Rothstein
209 South LaSalle Street, 7th Floor Chicago, IL 60604
(312) 762-9450